Stella Donela, Respondent, v. Anthony Donela, Appellant.— Order modified by striking out the provision for counsel fee, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Scudder and Tompkins, JJ., concur; Carswell and Davis, JJ., dissent and vote to affirm.

Irving C. Felleman and Doris Caterer, Copartners Doing Business under the Firm Name and Style of I. C. Felleman & Co., Appellants, v. Count Felix Von Luckner, Also Known as Felix Count Luckner, Respondent.— Order dismissing the complaint reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to serve an answer within ten days from service of a copy of the order herein. The agreement by the defendant to pay the plaintiffs a commission " in the event of a sale " means, according to common understanding and as determined by the authorities. the making of an executory binding agreement with a purchaser. It is alleged in the complaint that a contract of sale was made with the party designated by the seller. If any other condition existed, or if there was any other understanding between the parties as to the language used, it is a matter of defense. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

Dora Geller, Appellant, v. Joseph Geller, Respondent.— Order reversed upon the law and the facts, motion granted, and defendant held in contempt for failure to pay the alimony provided for in the judgment. Respondent may purge himself of the contempt by the payment of the amount of arrears due on May 11, 1931, to wit, $115, within six months from the entry of the order herein, either in a lump sum or in weekly installments. If his circumstances are such that he is unable to pay the amount of alimony fixed by the judgment, respondent may make application at Special Term for a modification thereof. (Civ. Prac. Act, § 1170; ■ Burdick v. Burdick, 183 App. Div. 488.) Lazansky, P. J., Young and Hagarty, JJ., concur; Kapper, J., dissents and votes to affirm; Scudder, J., dissents upon the following ground: In the circumstances shown, the exercise of discretion by the court at Special Term seems to have been proper. Settle order on notice.